[No. 57995-9-I. Division One. February 11, 2008.]

PAUL V. HANSON, INC., ET AL., *Appellants*, v. NORTHWEST ADMINISTRATIVE SERVICES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-15510-1, Richard A. Jones, J., entered March 14, 2006. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler, A.C.J., and Dwyer, J.

[No. 58558-4-I. Division One. February 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS BRYANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-13609-6, Richard D. Eadie, J., entered July 21, 2006. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Baker and Becker, JJ.

[No. 58703-0-I. Division One. February 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID R. LUJANO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-05374-5, Julie A. Spector, J., entered December 16, 2005. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid and Lau, JJ.

[No. 58924-5-I. Division One. February 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN McCANDLES BANKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-08314-6, Michael Hayden, J., entered September 8, 2006. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler, A.C.J., and Baker, J.